EDWARD LA MONTAGNE, JR., et al., Appellants, *v.* THE BANK OF NEW YORK NATIONAL BANKING ASSOCIATION, Respondent.

*La Montagne* v. *Bank of New York Nat. Banking Assn.*, 141 App. Div. 250, affirmed.

(Argued May 15, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1910, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover an alleged balance of a deposit and check account.

*August C. Brown* for appellants.

*William B. Hornblower* and *Perry D. Trafford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.